UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV02274 AGF |
| ) | |
| THE LOUNGE, INC., and ) | |
| JUSTIN PATRICK DONAHUE, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to strike the answer filed by pro se Defendant Justin Patrick Donahue, purportedly on behalf of Defendant The Lounge, Inc. As Plaintiff argues, an individual who is not an attorney may not appear for a corporation; rather a corporation must appear through a licensed attorney. *See, e.g., Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1966). Neither Defendant responded to Plaintiff's motion to strike in the time permitted for a response.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to strike the answer filed by a non-attorney individual on behalf of The Lounge, Inc., is **GRANTED**. (Doc. No. 10.)

**IT IS FURTHER ORDERED** that Defendant The Lounge, Inc., shall have 30 days from the date of this Memorandum and Order to have counsel enter an appearance on its behalf in this case and request reconsideration of the entry of default against it. Absent

such action, The Lounge, Inc., shall remain in default and the case will proceed against Defendant Donahue.

          *Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2013.